UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1726(DSD/JMM)

Robert Arthur Roberts,

Petitioner,

v.

**ORDER**

State of Minnesota, Warren E. Litynksi, Paul Tanis, Jr., Larry Francis, and several John Does,

Respondents.

This matter is before the court on plaintiff's objection to the magistrate judge's report and recommendation dated August 4, 2000. In his report, the magistrate judge recommended that the petition for habeas corpus be dismissed without prejudice on the ground that petitioner appeared not to be in custody when he started this action. In a letter faxed to the clerk of court on August 15, 2000, plaintiff objects to the recommendation. However, petitioner's faxed letter only supports the conclusion that he was not in custody when he filed his petition. Thus, after conducting a de novo review of the file and record, the court adopts the magistrate judge's report and recommendation in its entirety.

FILED 8-17-00
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ________
Deputy Clerk's Initials ______

Accordingly, **IT IS HEREBY ORDERED** that petitioner's petition for habeas corpus relief (Dkt. No. 1) is dismissed without prejudice.

Dated: August 16, 2000

David S. Doty, Judge
United States District Court